

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00506-CV

**In the Interest of J.T., J.T., J.T., and J.T., Children**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00390
Honorable Peter A. Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal.

SIGNED December 16, 2015.

_____
Jason Pulliam, Justice